**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marvin Fitzgerald WALKER, Defendant–Appellant.**

No. 10–7627.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 21, 2011.

Marvin Fitzgerald Walker, Appellant Pro Se. Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Fitzgerald Walker appeals the district court's order denying his motion

for a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walker*, Nos. 0:02–cr–00684–JFA–1; 0:07–cv–70008–JFA (D.S.C. Sept. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*